Plaintiff's Counsel
Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (Fax)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | ] Case No. M:05-CV-01699-CRB<br>]<br>] MDL NO. 1699<br>] |
| This Document Relates To: | ] **STIPULATION AND ORDER OF**<br>] **DISMISSAL WITH PREJUDICE**<br>] |
| *Lillie Mae Daniels vs. Pfizer, Inc.*<br>*MDL No. 06-07650* | ]<br>]<br>]<br>] |

Comes now the Plaintiff, Lillie Mae Daniels and Defendant, Pfizer, Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff's action with each side bearing its own attorneys' fees and costs.

Dated: _____March 1 8_____ 2009

By: _____

Daryl D. Parks
Parks & Crump LLC
240 North Magnolia Drive
Tallahassee, Florida 32301
(850) 222-3333
(850) 224-6679 (fax)
Email: dparks@parkscrump.com

Counsel for Plaintiff.


Dated: _____May 11_____ 2009

By: _____

Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
(212) 884-8675 (fax)

Counsel for Defendant, Pfizer, Inc.


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO
ORDERED.**

Dated: _____May 13,_____ 2009

By: _____
United States District Court

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2